```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
TERESA F. MYLES,                      :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :     CIVIL ACTION 14-0293-M
CAROLYN W. COLVIN,                    :
Social Security Commissioner,         :
                                      :
     Defendant.                       :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Teresa F. Myles.

DONE this 2nd day of February, 2015.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE